# United States Probation Office
Southern District of Indiana

## MEMORANDUM

**DATE:** April 16, 2008

**REPLY TO ATTN OF:** Robert J. DeCarli
U.S. Probation Officer

**SUBJECT:** Angela Ward
3:07-CR-35-02
Removal of PSA supervision condition

**TO:** The Honorable William G. Hussmann, Jr.
U.S. Magistrate Judge

FILED

APR 16 2008

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

---

On 4/3/07, the above individual was placed on pretrial supervision by Your Honor. Among other supervision conditions, Ms. Ward was ordered to reside under electronically monitored home confinement. That program was initiated on the defendant on 4/11/07.

Since her release to pretrial supervision, Ms. Ward has abided by all supervision requirements. There have been no violations of her electronic monitoring schedule, nor of any other conditions. In view of the length of time Ms. Ward has been on electronically monitored home confinement, and her compliance with the program, it is recommended the condition of electronically monitored home confinement be removed as a supervision condition. AUSA Bradley Blackington has been contacted regarding this modification. He advised he is not in favor of the conditions removal, but was not going to object if it was removed.

If Your Honor has any questions, please call. Please indicate below if Your Honor approves or disapproves of the conditions removal.

RJD/rjd

Attachment

____X____ Approved          _____ Disapproved

The Court instructs the probation officer as follows:

_____

_____

_____   _____
The Honorable William G. Hussmann, Jr.        Date  4/21/08
U.S. Magistrate Judge